## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL 5 OF NEW JERSEY PENSION & ANNUITY FUNDS, and RICHARD E. TOLSON as Trustee and Fiduciary of the Bricklayers and Allied Craftworkers Local 5 of New Jersey Pension & Annuity Funds, and TRUSTEES OF THE B.A.C. LOCAL 4 PENSION AND ANNUITY FUNDS, TRUSTEES OF THE NEW JERSEY B.A.C. HEALTH FUND, TRUSTEES OF THE NEW JERSEY BM&P APPRENTICE AND EDUCATION FUND, TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND, TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, and RICHARD E. TOLSON, as Administrator of B.A.C. ADMINISTRATIVE DISTRICT COUNCIL OF NEW JERSEY | Civil Action No. 14-2948 (KSH) (CLW) |
| *Plaintiffs,* | |
| v. | **ORDER GRANTING MOTION FOR FINAL JUDGMENT BY DEFAULT AND** <u>**ENTERING FINAL JUDGMENT BY DEFAULT**</u> |
| KF STUCCO, INC., | |
| *Defendant.* | |

This matter having been opened to the Court by plaintiffs seeking the entry of Final Judgment by Default against defendant, KF Stucco, Inc., pursuant to Fed. R. Civ. P. 55(b)(2); and the Amended Complaint in this matter [D.E. 3] seeking damages resulting from defendant's breach of the collective bargaining agreement ("CBA") between KF Stucco, Inc. and the Bricklayers and Allied Craftworkers Administrative District Council of New Jersey; and service of the Summons and Complaint having been effectuated with respect to KF Stucco, Inc. on June 23, 2014 [D.E. 6]; and default having been entered by the Clerk of the Court on August 7, 2014 against defendant for

1

its failure to plead or otherwise defend in this action; and good cause appearing from plaintiffs' submissions,

**IT IS** on this 30th day of March 2015,

**ORDERED** that

1.  The motion for default judgment against Defendant [D.E. 10] is granted.

2.  Judgment is entered in favor of Plaintiffs Trustees of the New Jersey B.A.C. Health Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, Trustees of the Bricklayers & Trowel Trades International Pension Fund, and Richard Tolson, as Administrator of B.A.C. Administrative District Council of New Jersey, against Defendant KF Stucco, Inc. in the total amount of $19,061.76, comprised of the following:

    a.  $2,702.71 for liquidated damages, including prejudgment interest;

    b.  $15,374.05 for contributions and dues check-offs under the CBA, including prejudgment interest;

    c.  $985.00 for counsel fees and costs.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.